IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GATEWAY MORTGAGE GROUP, LLC | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CASE NO. 4:13-cv-02057 |
| | § | |
| BEVERLY GARZA AND ALL OCCUPANTS, | § | |
| *Defendants* | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COMES NOW Plaintiff, Gateway Mortgage Group, LLC, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1)   Beverly Garza
     City and State of Residence:  Houston Texas

2)   Rodolfo Garza
     City and State of Residence:  Houston, Texas

3)   Gateway Mortgage Group, LLC
     Principal Place of Business:  Tulsa, Oklahoma

Respectfully submitted,


By:_____/s/ Philip C. Reeves_____
     Kirk A. Schwartz
     Texas Bar No. 24004908
     H. Gray Burks, IV
     Texas Bar No. 03418320
     Philip C. Reeves
     Texas Bar No. 24065959
     Donald Sepolio
     Texas Bar No. 18029850
     ShapiroSchwartz, LLP
     5450 Northwest Central, Suite 307
     Houston, Texas  77092
     Telephone:  (713) 462-2565

Facsimile:  (847) 879-4854

Attorneys for Gateway Mortgage Group, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2013, a true and correct copy of the foregoing was sent to:

Beverly Garza
15031 Summer Knoll Lane
Houston, Texas  77044
*Via Certified Mail, Return Receipt Requested*

 /s/ Philip C. Reeves_____
Philip C. Reeves