IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GATEWAY MORTGAGE GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-2057 |
| | § | |
| BEVERLY GARZA and ALL OCCUPANTS, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF REMAND

Pending before the court is Plaintiff's Motion to Remand (Docket Entry No. 3). Although the motion was filed on August 7, 2013, defendant Beverly Garza has not responded to it. Having carefully considered the Motion to Remand, the court is persuaded that it should be granted because defendant failed to file her Notice of Removal within thirty (30) days of the receipt of plaintiff Gateway Mortgage Group, LLC's Original Petition for Forcible Detainer, as required by 28 U.S.C. § 1446(b), and because, as a citizen of Texas, defendant is precluded by 28 U.S.C. § 1441(b)(2) from removing an action based on diversity of citizenship. (Although the Notice of Removal also refers to 28 U.S.C. § 1331, Garza fails to state any basis for the existence of federal question jurisdiction.)

Accordingly, Plaintiff's Motion to Remand (Docket Entry No. 3) is **GRANTED**, and this action is **REMANDED** to Harris County Civil Court at Law No. 4. The Clerk will promptly provide a copy of this Order to the Harris County Clerk.

**SIGNED** at Houston, Texas, on this 5th day of September, 2013.

SIM LAKE
UNITED STATES DISTRICT JUDGE